Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
Dennis J. Canty (SBN 207978)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS MCCORVEY,<br><br>                    Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS L.P.;  ASTRAZENECA L.P.,,<br><br>                    Defendant. | No. C 06 0681 MEJ<br><br>Before the Honorable MARIA-ELENA JAMES<br><br>~~[PROPOSED]~~ **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:   JUNE 8, 2006<br>Conference Time:   10:00 a.m.<br>Location:             Courtroom B, 15TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 8, 2006 Case Management Conference ("CMC") to October 5. 2006          , at  10:00 a.m..  In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED:  June 6, 2006

Judge Maria-Elena James

HONORABLE MARIA-ELENA JAMES
United States District Court Judge